**1**
CHRISTIAN D. JINKERSON, SBN 232143
MOSS, TUCKER, CHIU, HEBESHA & WARD PC
5260 North Palm Avenue, Suite 205
Fresno, California  93704
Telephone: (559) 472-9922
Facsimile:  (559) 472-9892

Proposed Special Litigation Counsel for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

\* \* \*

| | |
|---|---|
| In re: | Case No.: **14-10588-B-11** |
| J & D WILSON AND SONS DAIRY, | Chapter 11 |
| Debtor-in-Possession. | |

## NOTICE OF APPEARANCE AND REQUEST FOR ECF NOTICE

Moss, Tucker, Chiu, Hebesha & Ward PC, hereby appears on behalf of the J & D WILSON AND SONS DAIRY as proposed special litigation counsel and requests that the following attorney be added to the electronic case filing service list for all documents filed in this Chapter 11 case: Christian D. Jinkerson (ijinkerson@mosstuckerlaw.com).

Respectfully submitted,

MOSS, TUCKER, CHIU HEBESHA & WARD PC

Dated: February 10, 2014

By: */s/ Christian D. Jinkerson*
CHRISTIAN D. JINKERSON
Attorneys for Debtors-in-Possession