**4**

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DeNATALE, GOLDNER,
    COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Suite 200
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: jeaton@kleinlaw.com

Proposed Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| In re:<br><br>J & D WILSON AND SONS DAIRY,<br><br>Debtor-in-Possession. | Case No. 14-10588-B-11<br><br>Chapter 11<br><br>DC No. KDG-1<br><br>Emergency Hearing Date: February 12, 2014<br>Emergency Hearing Time: 11:30 a.m.<br>Final Hearing Date: To be set<br>Final Hearing Time: To be set<br>Place: United States Bankruptcy Court<br>        2500 Tulare Street, Fifth Floor<br>        Department B, Courtroom 12<br>        Fresno, California<br>Judge: Honorable W. Richard Lee |
|---|---|

**EXHIBITS TO MOTION TO USE CASH COLLATERAL
AND GRANT ADEQUATE PROTECTION**

| EXHIBIT | DOCUMENT | PAGE(S) |
|---|---|---|
| A | J & D Wilson and Sons Dairy Budget | 2 |
| B | UCC-1 Financing Statement filed with the California Secretary of State by Wells Fargo | 3-4 |

Date: February 10, 2014

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ Jacob L. Eaton
    JACOB L. EATON
    Proposed Attorneys for Debtor-in-Possession

3CD7675.DOC                                                1

### J&D Wilson and Sons Dairy
14-Week Cash Flow through Week-Ended May 18, 2014

| | | | | Projected | | | |
|---|---|---|---|---|---|---|---|
| Post-Petition Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Period Start Date | 2/10/2014 | 2/24/2014 | 3/10/2014 | 3/24/2014 | 4/7/2014 | 4/21/2014 | 5/5/2014 |
| Period End Date | 2/23/2014 | 3/9/2014 | 3/23/2014 | 4/6/2014 | 4/20/2014 | 5/4/2014 | 5/18/2014 |
| Cash - Beginning of Period | $ 6,637 | $ 47,030 | $ 197,052 | $ 232,817 | $ 361,149 | $ 410,773 | $ 715,176 |
| Calf milk | - | 1,000 | - | 1,000 | - | 1,000 | - |
| Sale of heifers | - | - | - | - | - | - | - |
| Water Payment | - | - | - | - | - | - | - |
| Milk income, net [2] | 659,814 | 806,439 | 626,574 | 765,813 | 669,646 | 818,457 | 605,753 |
| Sale of calves | - | 8,500 | - | 8,500 | - | 8,500 | - |
| Sale of cows/beef income | 38,250 | 38,250 | 38,250 | 38,250 | 38,250 | 38,250 | 38,250 |
| Patronage div - CDI | 6,972 | - | 7,331 | - | 7,181 | - | 7,181 |
| Patronage Dividend | - | - | - | - | - | 200,000 | - |
| **Net Cash Inflows** | 705,035 | 854,189 | 672,155 | 813,563 | 715,078 | 1,066,207 | 651,184 |
| Dairy Expenses | | | | | | | |
| Fuel and oil | 17,600 | 17,600 | 17,600 | 17,600 | 17,600 | 17,600 | 17,600 |
| Grain | 324,833 | 326,897 | 326,897 | 328,961 | 328,961 | 331,025 | 331,025 |
| Herd Replacement | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 |
| Labor - Dairy | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 |
| Supplies and teat dip | - | 16,000 | - | 16,000 | - | 16,000 | - |
| Repairs and maintenance | 7,000 | - | 7,000 | - | 7,000 | - | 7,000 |
| Utilities - Dairy [4] | 30,000 | 33,333 | 30,000 | 33,333 | 30,000 | 33,333 | 30,000 |
| Insurance - Life | - | - | - | - | - | - | - |
| Veterinary and medicine | 18,500 | - | 18,500 | - | 18,500 | - | 18,500 |
| Breeding and Semen | 5,000 | 5,500 | 5,000 | 5,500 | 5,000 | 5,500 | 5,000 |
| Livestock hauling | 520 | 1,030 | 520 | 1,030 | 520 | 1,030 | 520 |
| Deadstock removal | 375 | - | 375 | - | 375 | - | 375 |
| Testing and trimming | 3,600 | 2,200 | 3,600 | 2,200 | 3,600 | 2,200 | 3,600 |
| Miscellaneous & postage | 500 | - | 500 | - | 500 | - | 500 |
| Manure Spreading | 2,083 | - | 2,083 | - | 2,083 | - | 2,083 |
| Insurance | 18,000 | 26,358 | 18,000 | 26,358 | 18,000 | 26,358 | 18,000 |
| Land Rent | - | 12,526 | - | 12,526 | - | 12,526 | - |
| Property Taxes | - | - | - | - | 27,000 | - | - |
| Payroll Taxes | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 |
| **Total Dairy Expenses** | 567,011 | 580,443 | 569,075 | 582,507 | 598,139 | 584,571 | 573,203 |
| Farming Expenses | | | | | | | |
| Harvesting Costs | - | 21,000 | - | - | - | 21,000 | - |
| Rep and Maint - Farm | 2,600 | 6,000 | 2,600 | 6,000 | 2,600 | 6,000 | 2,600 |
| Chemicals & Fertilizers | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Utilities - Farm | - | 25,000 | - | 25,000 | - | 25,000 | - |
| Testing - Farm | 1,500 | - | 1,500 | - | 1,500 | - | 1,500 |
| **Total Farming Expenses** | 11,600 | 59,500 | 11,600 | 38,500 | 11,600 | 59,500 | 11,600 |
| Restructuring Expenses | | | | | | | |
| 503(b)(9) Claims | 4,838 | 4,838 | 4,838 | 4,838 | 4,838 | 4,838 | 4,838 |
| Pre-Petition Property Taxes | 30,316 | - | - | - | - | - | - |
| Pre-Petition Payroll Taxes | 6,241 | 6,241 | 6,241 | 6,241 | 6,241 | - | - |
| Professional Fees | - | - | - | - | - | 50,000 | - |
| US Trustee Fees | - | - | - | - | - | 9,750 | - |
| **Total Restructuring Expenses** | 41,395 | 11,079 | 11,079 | 11,079 | 11,079 | 64,588 | 4,838 |
| Debt Service | | | | | | | |
| Farm Credit - Principal & Interest | 42,531 | 22,444 | 42,531 | 22,444 | 42,531 | 22,444 | 42,531 |
| Wells Fargo - Interest Expense | - | 27,894 | - | 27,894 | - | 27,894 | - |
| Bank of the West | - | 627 | - | 627 | - | 627 | - |
| Equipment lease - John Deere [1] | 2,105 | - | 2,105 | - | 2,105 | - | 2,105 |
| **Total Debt Service** | 44,636 | 50,965 | 44,636 | 50,965 | 44,636 | 50,965 | 44,636 |
| Partner Draw [3] | - | 2,179 | - | 2,179 | - | 2,179 | - |
| **Total Cash Outflow** | 664,643 | 704,167 | 636,390 | 685,230 | 665,454 | 761,803 | 634,276 |
| **Net Cash Flow** | 40,393 | 150,022 | 35,765 | 128,332 | 49,623 | 304,404 | 16,908 |
| **Cash - End of Period** | $ 47,030 | $ 197,052 | $ 232,817 | $ 361,149 | $ 410,773 | $ 715,176 | $ 732,084 |

[1] John Deere equipment lease comprised of three separate leases for $7,269.54, $3,666.98 and $2,225.88 per month.
[2] Net Milk Proceeds calculated as Gross Milk Proceeds less 2.67% in deductions.
[3] Jim Wilson personal vehicle payments of $1,537.50 to Ford Credit and $605.68 to Ally Bank.
[4] Includes adequate assurance payments of $100,000 paid over 3 months.

Exhibit  A

Page  2

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
|---|---|
| **B. SEND ACKNOWLEDGMENT TO: (Name and Address)** <br> UCC DIRECT SERVICES <br> 2727 ALLEN PARKWAY <br> HOUSTON, TX 77019 <br> USA | DOCUMENT NUMBER: 21568220002 <br> FILING NUMBER: 09-7201227303 <br> FILING DATE: 07/02/2009 10:59 <br> IMAGE GENERATED ELECTRONICALLY FOR XML FILING <br> THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only <u>one</u> debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| J & D Wilson and Sons Dairy | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS <br> 11720 W. Mt. Whitney | CITY <br> Riverdale | STATE <br> CA | POSTAL CODE <br> 93656 | COUNTRY <br> USA |
| 1d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION <br> GeneralPartnership | 1f. JURISDICTION OF ORGANIZATION <br> CA | 1g. ORGANIZATIONAL ID#, If any | ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only <u>one</u> debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, If any | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only <u>one</u> secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Wells Fargo Bank, National Association | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS <br> 3300 S. Demaree Street | CITY <br> Visalia | STATE <br> CA | POSTAL CODE <br> 93277 | COUNTRY <br> USA |

**4. This FINANCING STATEMENT covers the following collateral:**
All accounts, chattel paper (whether electronic or tangible), instruments, promissory notes, documents, general intangibles, payment intangibles, software, letter of credit rights, health-care insurance receivables and other rights to payment of every kind now or at any time hereafter arising out of the business of Debtor, and all goods returned by or repossessed from Debtor's customers. All goods, tools, machinery, furnishings, furniture and other equipment of Debtor now owned or hereafter acquired, wherever located, whether in the possession of Debtor or any other person, and all improvements, replacements, accessions and additions thereto and embedded software included therein. All farm products consisting of crops, including crops produced on trees, vines and bushes and aquatic goods produced in aquacultural operations, all supplies used or produced in Debtor's farming operations, and all products thereof and all replacements and additions thereto, now owned or hereafter acquired by Debtor, wherever any of the same may be located, and all rights to payment pursuant to any federal or state programs relating thereto. All farm products consisting of livestock and poultry, born or

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-37100190-026207

FILING OFFICE COPY

Exhibit ___B___

Page ___3___

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME  J & D Wilson and Sons Dairy | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 21568220002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE   POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS   ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - Insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE   POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

unborn, including aquatic goods produced in aquacultural operations, all feed, medicines and other supplies used or produced in Debtor's farming operations, and all products and natural increase thereof and all replacements and additions thereto, now owned or hereafter acquired by Debtor, wherever located. All proceeds of any of the foregoing, including without limitation, all rights to payment with respect to any insurance, including returned premiums, or any claim or cause of action relating to any of the foregoing.

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

Exhibit ___B___
Page ___4___