**4**

1   HAGOP T. BEDOYAN, CSB NO. 131285
    JACOB L. EATON, CSB NO. 244834
2   KLEIN, DENATALE, GOLDNER,
       COOPER, ROSENLIEB & KIMBALL, LLP
3   4550 California Avenue, Suite 200
    Bakersfield, California 93309
4   Telephone: (661) 395-1000
    Facsimile: (661) 326-0418
5   Email: jeaton@kleinlaw.com

6   Proposed Attorneys for Debtor-in-Possession

7

8                    UNITED STATES BANKRUPTCY COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  In re:                                Case No.  14-10588-B-11

12  J & D WILSON AND SONS DAIRY,          Chapter  11

13          Debtor-in-Possession.         DC No.  KDG-1
                                          DC No.  KDG-2
14
                                          Emergency Hearing Date:  February 12, 2014
15                                        Emergency Hearing Time:  11:30 a.m.
                                          Final Hearing Date: To be set
16                                        Final Hearing Time: To be set
                                          Place:  United States Bankruptcy Court
17                                                 2500 Tulare Street, Fifth Floor
                                                   Department B, Courtroom 12
18                                                 Fresno, California
                                          Judge: Honorable W. Richard Lee
19

20        **DECLARATION OF ROZEMMA (SISSY) RUCKER IN SUPPORT
           OF SERVICE OF MOTIONS AND SUPPORTING DOCUMENTS**
21

22        I, Rozemma (Sissy) Rucker, declare:

23        1.      I am a paralegal with the law firm Klein, DeNatale, Goldner, Cooper,

24  Rosenlieb & Kimball, LLP ("Klein, DeNatale").

25        2.      I make this declaration in support of service of documents on Debtor's

26  creditors and interested parties as referenced on the proof of service filed in this matter.

27        3.      On February 10, 2014, I reviewed the list of Debtor's creditors and parties in

28  interest.  I attempted to obtain either a fax or email for each party listed on the proof of service

3CE8874.DOC                              1

for service of the first day motions which included the *Motion to Use Cash Collateral and Grant Adequate Protection* (KDG-1) and the *Motion for Order Authorizing Debtor to Pay Priority Claims for Employee Wages and Employment Taxes* (KDG-2).

4.    Some of the fax numbers or emails were obtained from the Debtor.  Some of them were obtained by reviewing the party's website on the internet. Others were obtained by contacting the party by phone.

5.    There were some of the parties when I called, I received an answering machine so I left a detailed message letting them know that I needed a fax or email to send them documents the were being filed by the Debtor and the hearings would take place on February 12, 2014.  Specifically, I called and left a message for B&L Farms, Wells Fargo Bank, N.A. (FDIC Address), and Simplot Grower Solutions.  One party, Jim Kimm Hay I spoke to directly, but was hung up without getting a fax or email address.

6.    When I returned to my office on Tuesday, February 11, 2014, I learned that some of the faxes did not go through.  I then proceeded to contact the party and find out if I had the wrong number or if there was a problem with their machines.  I re-sent the documents by fax to each of those parties as referenced on the attached log.

7.    The only party that did not receive the faxed documents is Priority Hay Co. and I have placed a copy of the documents in the mail for their future reference.  However,  I did leave them two detailed messages on their answering machine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of February 2014, at Bakersfield, California.

/s/ Rozemma (Sissy) Rucker
ROZEMMA (SISSY) RUCKER

| Type | Party | Phone Number | Date | Time | Action Result | Result Description |
|---|---|---|---|---|---|---|
| Fax | Ag Seed Unlimited | (559) 923-1802 | Mon 02/10/2014<br>Tue 02/11/2014 | 6:03PM<br>3:08 PM | Busy<br>Sent | The phone number you dialed was busy. Re-sent. |
| Fax | Lima's County Seeds | (559) 923-1802 | Mon 02/10/2014<br>Tue 02/11/2014 | 6:03PM<br>3:08 PM | Busy<br>Sent | The phone number you dialed was busy. Re-sent. |
| Fax | Thomas Brothers Spreading | (559) 922-0211 | Mon 02/10/2014<br>Tue 02/11/2014 | 6:09 PM<br>3:23 PM | No Answer<br>Sent | An attempt to send the fax was made, but could not connect with the receiving fax machine. Called and was told that they have received the documents |
| Fax | United States Attorney for IRS | (559) 497-4099 | Mon 02/10/2014<br>Tue 02/11/2014 | 6:07 PM<br>3:28 PM | No Answer<br>Sent | An attempt to send the fax was made, but could not connect with the receiving fax machine. Called and they fixed the machine so I re-sent. |
| Fax | Alpha Dairy Consulting | (559) 734-3530<br>(559) 733-1830 | Mon 02/10/2014<br>Tue 02/11/2014 | 6:05 PM<br>3:10 PM | No Answer<br>Sent | The phone number you dialed was not answered. Obtained new number & re-sent. |
| Fax | Priority Hay Co. | (559) 867-3811 | Mon 02/10/2014<br>Tue 02/11/2014 | 6:08 PM<br>2:55 PM | Send Error<br>Send Error | An error occurred when making the call. Please check the number before trying again. Called & left message asking for correct number or to check machine. |
| Fax | Internal Revenue Service | (855) 235-6787 | Tue 02/11/2014 | 2:58 PM | Sent | |
| Fax | Fresno County Auditor-Controller | (559) 600-1444 | Mon 02/10/2014 | 6:14 PM | Sent | |
| Fax | Thomas Scott Belden, Esq. | (661) 878-9797 | Mon 02/10/2014 | 6:11 PM | Sent | |
| Fax | Office of the U.S. Trustee | (559) 487-5030 | Mon 02/10/2014 | 6:00 PM | Sent | |
| Fax | Valley Pump & Dairy Systems | (559) 686-4180 | Mon 02/10/2014 | 5:57 PM | Sent | |
| Fax | Alvarez Electrial & Welding | (559) 752-4105 | Mon 02/10/2014 | 5:57 PM | Sent | |

| Type | Party | Phone Number | Date | Time | Action Result | Result Description |
|------|-------|--------------|------|------|---------------|--------------------|
| Fax | Cream of the Crop Ag Service | (661) 588-3622 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | Wells Fargo Bank c/o CSC Lawyers Inc. Agent for Service of Process | (916) 641-5151 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | Penny Newman Grain Company | (559) 448-0500 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | Derenzis & Associates | (909) 993-5305 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | Caruthers Pump, Inc. | (559) 864-8778 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | Central California Silage Covering | (209) 381-0939 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | Laird Manufacturing | (209) 722-4359 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | TCF Equipment Finance | (952) 656-3274 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | Arthur & Orum Well Drilling Co., Inc. | (559) 896-5368 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | Deere Credit, Inc. | (800) 624-5454 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | Western Milling, LLC | (559) 651-0246 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | J & D Wilson and Sons Dairy | (559) 866-5282 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | Wells Fargo Bank Corporate Ofices San Francisco | (877) 742-9207 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | B&L Farms Kaahn, Soares & Conway, LLP | (559) 584-3348 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | Bank of the West | (402) 918-8833 | Mon 02/10/2014 | 5:56 PM | Sent | |
| Fax | Netto Ag, Inc. | (559) 585-2099 | Mon 02/10/2014 | 5:55 PM | Sent | |
| Fax | Wells Fargo Bank, N.A. | (559) 636-2465 | Mon 02/10/2014 | 5:55 PM | Sent | |
| Fax | Wells Fargo Bank N.A. (Los Angeles) | (213) 253-6601 | Mon 02/10/2014 | 5:55 PM | Sent | |