**4**

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Suite 200
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: jeaton@kleinlaw.com

Proposed Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| In re: | Case No. 14-10588-B-11 |
|---|---|
| J & D WILSON AND SONS DAIRY, | Chapter 11 |
| Debtor-in-Possession. | DC No. KDG-1 |
| | Final Hearing Date: March 6, 2014<br>Final Hearing Time: 11:30 a.m.<br>Place: United States Bankruptcy Court<br>510 19th Street<br>Bakersfield, California<br>Judge: Honorable W. Richard Lee |

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 4550 California Ave., Second Floor, Bakersfield, CA 93309. My email address is srucker@kleinlaw.com.

On February 18, 2014, I served the following document(s) described as

**NOTICE OF CONTINUED HEARING ON MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**

on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

/ / /

**BY MAIL**   I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California.  The envelope(s) was/were mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **February** 18, **2014**, at Bakersfield, California.

*Rozemma Rucker*
Rozemma (Sissy) Rucker

**DEBTOR**
J & D Wilson and Sons Dairy
1791 Muscat Place
Hanford, CA  93230

Office of the U.S. Trustee
2500 Tulare Street, Suite 1401
Fresno, CA  93721

**SECURED CREDITORS**

B&L Farms
8775 14th Avenue
Hanford, CA  93230

B&L Farms
Kahn, Soares & Conway, LLP
219 N. Douty Street
Hanford, CA  93230

Bank of the West
P. O. Box 4024
Alameda, CA  94501

Deere Credit, Inc.
6400 NW 86th St.
Johnston, IA  50131

WellFarm Credit West
304 E. Tulare Avenue
Tulare, CA  93274-4135

Farm Credit West (PCA)
2929 W. Main Street, Suite A
Visalia, CA  93291

California Pollution Control Finance
Authority
915 Capitol Mall, Rm 457
Sacramento, CS  95814

Fresno County Auditor-Controller
Tax Collection Division
P. O. Box 1247
Fresno, CA  93715

TCF Equipment Finance
11100 Wayzota Blvd., Suite 801
Hopkins, MN  55305

Wells Fargo Bank, N.A.
3300 S. Demaree Road
Visalia, CA  93277

Wells Fargo Bank, N.A.
(FDIC Address)
101 N. Phillips Avenue
Sioux Falls, SD  57104

Wells Fargo Bank N.A.
333 So. Grand Avenue, 9th Floor
Los Angeles, CA  90071

Wells Fargo Bank, N.A.
c/o CSC Lawyers Incorporated Service
Agent for Service of Process
2710 Gateway Oaks Dr, Suite 150N
Sacramento, CA  958333

Wells Fargo Bank, N.A.
c/o Craig A. Barbarosh, Esq.
Katten Muchin Rosenman, LLP
650 Town Center Drive, Suite 700
Costa Mesa, CA  92626-7122

Wells Fargo Bank-Corporate Offices
Attn:  President John Stumpf
420 Montgomery Street
San Francisco, CA  94101

**20 LARGEST UNSECURED CREDITORS**

Ag Seeds Unlimited
P. O. Box 873
Lemoore, CA  9 3245-0873

Alpha Dairy Consulting
P. O. Box 7778
Visalia, CA  93290

Alvarez Electrical & Welding
763 E. Spencer Road
Tipton, CA  93272

Arthur & Orum Well Drilling Co. Inc.
14870 South East Ave
Fresno, CA  93725

Caruthers Pump, Inc.
P. O. Box 515
Caruthers, CA  93609

Central California Silage Covering
4695 Mc Swain Road
Merced, CA  95341

Cornelius And Elenor Vanderham
C.A. Vanderham & Sons Dairy
Vanderham Family Trust
1790 Muscat Place
Hanford, CA  93230

Cream of the Crop Ag Service
P. O. Box 81087
Bakersfield, CA  93380

Derenzis & Associates
15328 Central Avenue
Chino, CA  91710

Hidden Valley Cattle
P. O. Box 100
Corcoran, CA  93212

James L. Wilson
1794 Muscat Place
Hanford, CA  93230-9053

| | | |
|---|---|---|
| Jim and Darla Wilson<br>1791 Muscat Place<br>Hanford, CA  93230 | Jim Kimm Hay<br>3293 E. Cross Avenue<br>Tulare, CA  93274 | Laird Manufacturing<br>531 S Hwy 59<br>Merced, CA  95341 |
| Lazy V. Farms<br>P. O. Box 1147<br>Tipton, CA  93272 | Lima's County Seeds<br>P. O. Box 873<br>Lemoore, CA  93245-0873 | Netto Ag, Inc.<br>10044 Flint Ave.<br>Hanford, CA  93230 |
| Penny Newman Grain Company<br>P. O. Box 12147<br>Fresno, CA  93776-2147 | Priority Hay Co.<br>P. O. Box 116<br>Riverdale, CA  93656 | Reidman Dairy Services<br>3237 Pacer<br>Norco, CA  92860 |
| Resource Buyers<br>4272 South K Street<br>Tulare, CA  93274 | Simplot Grower Solutions<br>Dept 34768<br>P. O. Box 39000<br>San Francisco, CA  94139 | Thomas Brothers Spreading<br>5810 23rd Avenue<br>Riverdale, CA  93656 |
| Valley Pump & Dairy Systems<br>2280 South K Street<br>Tulare, CA  93274 | Western Milling, LLC<br>P. O. Box 1028<br>Goshen, CA  93227 | **PARTIES REQUESTING**<br>**SPECIAL NOTICE** |
| T. Scott Belden, Esq.<br>Belden Blaine LLP<br>P. O. Box 9129<br>Bakersfield, CA  93389 | Robin Tubesing<br>Office of the U.S. Trustee<br>2500 Tulare Street, Suite 1401<br>Fresno, CA  93721 | |