# United States Bankruptcy Court
### Eastern District of California

In re    **J & D WILSON AND SONS DAIRY**　　　　　　　　　　　Case No.  __2014-10588__

　　　　　　　　　　　　　　　　Debtor

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　　　　__11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| None | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __2-20-14__　　　　　　　　　　Signature __[signed]__
　　　　　　　　　　　　　　　　　　　　　　James L. Wilson
　　　　　　　　　　　　　　　　　　　　　　Partner　　　　**ORIGINAL**

*Penalty for making a false statement or concealing property:*　Fine of up to $500,000 or imprisonment for up to 5 years or both.
　　　　　　　　　　　　　　　　18 U.S.C §§ 152 and 3571.

__0__   continuation sheets attached to List of Equity Security Holders