# United States Bankruptcy Court
## Eastern District of California

In re  **J & D WILSON AND SONS DAIRY**              Case No.  **2014-10588**
                              Debtor(s)              Chapter   **11**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**List of Creditors Holding 20 Largest Unsecured Claim - Amended**
**Verification of Master Address List - Amended**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **2-20-2014**

Jacob L. Eaton 244834
Attorney for Debtor(s)
Klein, DeNatale, Goldner
4550 California Avenue, Second Floor
Bakersfield, CA 93309
(661) 395-1000 Fax:(661) 326-0418
jeaton@kleinlaw.com

Date: **2-20-14**

James L. Wilson
Partner

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re **J & D WILSON AND SONS DAIRY**      Case No. **2014-10588**
                            Debtor(s)      Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Western Milling, LLC<br>PO Box 1028<br>Goshen, CA 93227 | Western Milling, LLC<br>PO Box 1028<br>Goshen, CA 93227 | Secured by Real Property owned by C.A. Vanderham & Sons Dairy<br><br>Feed | | 6,886,248.96 |
| Jim Kimm Hay<br>3293 E. Cross Avenue<br>Tulare, CA 93274 | Jim Kimm Hay<br>3293 E. Cross Avenue<br>Tulare, CA 93274 | Hay | | 327,658.09 |
| Cream of the Crop Ag Service<br>PO Box 81087<br>Bakersfield, CA 93380 | Cream of the Crop Ag Service<br>PO Box 81087<br>Bakersfield, CA 93380 | Contract Labor | | 201,851.10 |
| Ag Seeds Unlimited<br>PO Box 873<br>Lemoore, CA 93245-0873 | Ag Seeds Unlimited<br>PO Box 873<br>Lemoore, CA 93245-0873 | Seed | | 82,069.10 |
| Netto Ag, Inc.<br>10044 Flint Ave.<br>Hanford, CA 93230 | Netto Ag, Inc.<br>10044 Flint Ave.<br>Hanford, CA 93230 | Harvesting | | 79,304.79 |
| Caruthers Pump, Inc.<br>PO Box 515<br>Caruthers, CA 93609 | Caruthers Pump, Inc.<br>PO Box 515<br>Caruthers, CA 93609 | Well Repair | | 71,600.44 |
| Lima's County Seeds<br>PO Box 873<br>Lemoore, CA 93245-0873 | Lima's County Seeds<br>PO Box 873<br>Lemoore, CA 93245-0873 | Seed | | 70,690.85 |
| Reidman Dairy Services<br>3237 Pacer<br>Norco, CA 92860 | Reidman Dairy Services<br>3237 Pacer<br>Norco, CA 92860 | Semen for breeding<br>503(b)(9) claim of $5,000 on 2/6/2014 | | 63,570.00 |
| Arthur & Orum Well Drilling Co. Inc.<br>14870 South East Ave<br>Fresno, CA 93725 | Arthur & Orum Well Drilling Co. Inc.<br>14870 South East Ave<br>Fresno, CA 93725 | New Wells | | 61,712.46 |

B4 (Official Form 4) (12/07) - Cont.

In re    **J & D WILSON AND SONS DAIRY**                                    Case No.   **2014-10588**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alvarez Electrical & Welding<br>763 E. Spencer Road<br>Tipton, CA 93272 | Alvarez Electrical & Welding<br>763 E. Spencer Road<br>Tipton, CA 93272 | Repairs & purchase of parts 503(b)(9) claim of $5,090.06 on 1/24/2014 - 1/28/2014 | | 56,475.71 |
| Simplot Grower Solutions<br>Dept 34768 PO Box 39000<br>San Francisco, CA 94139 | Simplot Grower Solutions<br>Dept 34768 PO Box 39000<br>San Francisco, CA 94139 | Chemicals and Fertilizer | | 55,945.39 |
| Penny Newman Grain Company<br>PO Box 12147<br>Fresno, CA 93776-2147 | Penny Newman Grain Company<br>PO Box 12147<br>Fresno, CA 93776-2147 | Contract Cancellation | | 51,871.36 |
| Thomas Brothers Spreading<br>5810 23rd Avenue<br>Riverdale, CA 93656 | Thomas Brothers Spreading<br>5810 23rd Avenue<br>Riverdale, CA 93656 | Manure Spreading | | 46,667.42 |
| Left Coast Choppers<br>4272 South K Street<br>Tulare, CA 93274 | Left Coast Choppers<br>4272 South K Street<br>Tulare, CA 93274 | Hay Milling | | 35,350.65 |
| Central California Silage Covering<br>4695 MC Swain Road<br>Merced, CA 95341 | Central California Silage Covering<br>4695 MC Swain Road<br>Merced, CA 95341 | Sileage Covering | | 34,578.11 |
| Valley Pump & Dairy Systems<br>2280 South K Street<br>Tulare, CA 93274 | Valley Pump & Dairy Systems<br>2280 South K Street<br>Tulare, CA 93274 | Well Repairs | | 34,189.39 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 941 Taxes for January 2014 and February 2014 | | 27,969.09 |
| Laird Manufacturing<br>531 S Hwy 59<br>Merced, CA 95341 | Laird Manufacturing<br>531 S Hwy 59<br>Merced, CA 95341 | Repairs | | 26,629.10 |
| Priority Hay Co.<br>PO Box 116<br>Riverdale, CA 93656 | Priority Hay Co.<br>PO Box 116<br>Riverdale, CA 93656 | Harvesting | | 25,049.15 |
| Derenzis & Associates<br>15328 Central Avenue<br>Chino, CA 91710 | Derenzis & Associates<br>15328 Central Avenue<br>Chino, CA 91710 | Accounting Fees | | 22,175.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   2-20-14                    Signature   /s/ James L. Wilson
                                              James L. Wilson
                                              Partner

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.