John W. Phillips (SBN 147117)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: jphillips@wctlaw.com

Attorneys for Creditor
Priority Hay Company, Inc.

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IN RE: | Case Number 14-10588-B-11 |
| J&D WILSON AND SONS DAIRY, | **REQUEST FOR SPECIAL NOTICE** |
| Debtor-in-Possession, | |

PLEASE TAKE NOTICE that unsecured creditor PRIORITY HAY COMPANY, INC., a California corporation, is represented by the law firm of Wild, Carter & Tipton, and hereby requests special notice of all matters pertaining to the above-referenced bankruptcy proceedings including, but not limited to, the commencement of any adversary proceeding, the filing of any request for hearing, objection and/or notice of motion, or any other auxiliary filing pursuant to Bankruptcy Rule 2002. All such documents should be directed as follows:

John W. Phillips, Esq.
**WILD, CARTER & TIPTON**
246 West Shaw Avenue
Fresno, California 93704

Dated: February __, 2014

**WILD, CARTER & TIPTON**
A Professional Corporation

By _____
JOHN W. PHILLIPS
Attorneys for Priority Hay Company, Inc.

REQUEST FOR SPECIAL NOTICE