B6H (Official Form 6H) (12/07)

In re    **J & D WILSON AND SONS DAIRY**            Case No.   **2014-10588**
                                        Debtor

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas. Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian. such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
   ☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| C.A. Vanderham & Sons Dairy<br>1790 Muscat Place<br>Hanford, CA 93230 | Western Milling, LLC<br>PO Box 1028<br>Goshen, CA 93227 |
| Cornelius and Elenor Vanderham<br>1790 Muscat Place<br>Hanford, CA 93230 | Western Milling, LLC<br>PO Box 1028<br>Goshen, CA 93227 |
| Cornelius Vanderham<br>1790 Muscat Place<br>Hanford, CA 93230 | B&L Farms<br>8775 14th Avenue<br>Hanford, CA 93230 |
| Cornelius Vanderham<br>1790 Muscat Place<br>Hanford, CA 93230 | Resource Buyers<br>4272 South K Street<br>Tulare, CA 93274 |
| James L. Wilson<br>1794 Muscat Place<br>Hanford, CA 93230-9053 | Deere Credit, Inc.<br>6400 NW 86th St<br>Johnston, IA 50131 |
| James L. Wilson<br>1791 Muscat Place<br>Hanford, CA 93230 | Kasiner Farms<br>Kasinger Consulting & Farm Management<br>PO Box 355<br>Five Points, CA 93624 |
| Jim and Darla Wilson<br>1791 Muscat Place<br>Hanford, CA 93230 | Western Milling, LLC<br>PO Box 1028<br>Goshen, CA 93227 |
| Jim and Darla Wilson<br>1791 Muscat Place<br>Hanford, CA 93230 | B&L Farms<br>8775 14th Avenue<br>Hanford, CA 93230 |
| Jim and Darla Wilson<br>1791 Muscat Place<br>Hanford, CA 93230 | Resource Buyers<br>4272 South K Street<br>Tulare, CA 93274 |
| VANDERHAM FAMILY TRUST<br>1790 Muscat Place<br>Hanford, CA 93230 | Farm Credit West<br>304 E. Tulare Avenue<br>Tulare, CA 93274-4135 |

  **0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re   J & D WILSON AND SONS DAIRY                                      Case No.  2014-10588
                                    Debtor(s)                            Chapter   11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Partner of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __1__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  2-21-14                           Signature  _____
                                                   James L. Wilson
                                                   Partner

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.