3

René Lastreto II, #100993
rl2@lrplaw.net
Michael J. Gomez, #251571
mjg@lrplaw.net
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
M:\35244\Pleadings\RSN.wpd:rp

Attorneys for FARM CREDIT WEST, FLCA

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In the Matter of<br><br>J & D WILSON AND SONS DAIRY,<br><br>Debtor. | Case No. 14-10588-B-11<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR
SPECIAL NOTICE OF FARM CREDIT WEST, FLCA**

TO: THE CLERK OF THE BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTOR, DEBTOR'S COUNSEL OF RECORD, AND OTHER PARTIES IN INTEREST AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Bankruptcy Procedure, Rule 9010, the following attorney and law firm represent FARM CREDIT WEST, FLCA, a creditor (hereinafter "FCW") in this bankruptcy case:

///

///

René Lastreto II
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Telephone
(559) 228-6727 Facsimile
rl2@lrplaw.net

PLEASE TAKE FURTHER NOTICE, that FCW, pursuant to Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2002 and 9007, hereby requests special notice of all matters which may come before the above-referenced Bankruptcy Court (the "Court"), including, without limitation, the notices and papers referred to in Bankruptcy Rules 2002, 4001 and 9007, and the Disclosure Statement and Plan referred to in Bankruptcy Rule 3017.

FCW requests that all such matters, whether sent by the Court, the debtor, or any other creditor or party in the case, be sent to the following address:

René Lastreto II
Michael J. Gomez, Esq.
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Telephone
(559) 228-6727 Facsimile
rl2@lrplaw.net
mjg@lrplaw.net

Pursuant to Federal Rules of Bankruptcy Procedure, Rule 2002(g), the above name and address should be added to the Court's master mailing list.

Neither this notice of appearance and the request for special notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of FCW's:

   (i)  rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

   (ii)  right to trial by jury in any proceedings as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution.

       (iii)    right to have the reference of these matters withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

       (iv)    other rights, claims, actions, defenses, setoffs, recoupments or other matters to which FCW is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto FCW without exception and with no purpose of confessing or conceding the jurisdiction or venue of the Court or venue of the cases in any way by this filing.

Dated: February 25, 2014          LANG, RICHERT & PATCH, P.C.

By /s/ René Lastreto II
René Lastreto II
Attorneys for FARM CREDIT WEST, FLCA