1  MARK SERLIN, CA State Bar No. 122155
   SERLIN & WHITEFORD, LLP
2  700 E Street
   Sacramento, CA  95814
3  Telephone:    (916) 446-0790
   Facsimile:    (916) 446-0791
4  Email: mserlin@globelaw.com

5  Attorneys for Creditor
   AG-SEEDS UNLIMITED

6

7

8              UNITED STATES BANKRUPTCY COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      FRESNO DIVISION

11  In re:                        )   CASE NO.      14-10588-B-11
                                  )
12  J & D WILSON AND SONS DAIRY   )   **REQUEST FOR SPECIAL NOTICE**
                                  )
13          Debtor.               )
    _____)
14

15  TO:    THE CLERK OF THE COURT, THE DEBTOR, AND TO THOSE PARTIES ENTITLED
           TO NOTICE:
16

17          Pursuant to Federal Rules of Bankruptcy Rules 2002(g), 2002(m), and 9007, creditor herein,

18  Ag-Seeds Unlimited hereby requests special notice of all matters which may come before the Court

19  in the above-entitled matter be given as follows:

20          Mark A. Serlin, Esq.
            Serlin & Whiteford, LLP
21          700 E Street
            Sacramento, CA 95814
22          Telephone:  (916) 446-0790

23          This request includes, without limitation, all notices of any orders, applications, complaints,

24  demands, hearings, motions, petitions, pleadings or requests, and any other documents brought

25  / / /

26  / /

27  /

28

before the Court in this matter, whether formal or informal, *ex parte* or on notice, whether oral or in writing, and in whatever form conveyed.

DATED:   February 27, 2014                    SERLIN & WHITEFORD, LLP


By:      */s/ - Mark A. Serlin*
         MARK A. SERLIN, Attorneys for Creditor
         AG-SEEDS UNLIMITED

Z:\Active Files\AG-SEEDS\J&D WILSON AND SONS\BK COURT DOCS\request for special notice.wpd