# Change of Address

Re: Case No. 2014-10588 (J&D Wilson & Sons Dairy)

Name: Kevin G. Little

☐ Debtor(s)
☐ Husband Only
☐ Wife Only

☑ Attorney

☐ Creditor

NEW ADDRESS: 1099 E. Champlain Dr., No. A-124
Fresno, CA 93720

PHONE NUMBER: _____

OLD ADDRESS: 2115 Kern Street, Suite 330
Fresno, CA 93721-2100

SIGNATURE: _[signature]_

Jacob L. Eaton (Attorney for Debtor-in-Possession)

EDC 2-085 (Rev. 3/29/99)