```
1  Bradley A. Silva, #109423
   LAW OFFICES OF BRADLEY A. SILVA
2  8050 North Palm Avenue, Suite 300
   Fresno, California 93711
3  Telephone:  (559) 446-2000
   Facsimile:   (559) 446-2004
4
   Attorney for Creditor, NETTO AG, INC.
5
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 14-10588-B-11 |
| J & D WILSON AND SONS DAIRY, | Chapter 11 |
| Debtor. | |

**REQUEST FOR SPECIAL NOTICE AND PROOF OF SERVICE**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Bradley A. Silva is the attorney for Creditor, NETTO AG, INC. As such, serve any and all documents related to the above-referenced bankruptcy matter at:

Bradley A. Silva, Esq.
LAW OFFICES OF BRADLEY A. SILVA
8050 North Palm Avenue, Suite 300
Fresno, California 93711

Dated: March 7, 2014

LAW OFFICES OF BRADLEY A. SILVA


By */s/ Bradley A. Silva*
   Bradley A. Silva
   Attorney for NETTO AG, INC.

<u>PROOF OF SERVICE</u>

I, Bradley A. Silva, hereby declare:

I am a resident of the State of California, over the age of eighteen years and not a party to the within action. My business address is 8050 N. Palm Avenue, Suite 300, Fresno, California 93711. I am a member of the Bar of this Court. On March 7, 2014, I served the within documents:

**REQUEST FOR SPECIAL NOTICE**

- **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below:

| | |
|---|---|
| Jacob L. Eaton, Esq.<br>KLEIN, DeNATALE, GOLDNER, et al.<br>4550 California Avenue, Second Floor<br>Bakersfield, CA 93309 | Rene Lastreto, II, Esq.<br>LANG, RICHERT & PATCH<br>5200 N. Palm Avenue, Suite 401<br>Fresno, CA 93704 |
| OFFICE OF THE U.S. TRUSTEE<br>United States Courthouse<br>2500 Tulare Street, Suite 1401<br>Fresno, CA 93721 | J & D Wilson and Sons Dairy<br>11720 W. Mt. Whitney<br>Riverdale, CA 93610 |
| Mark Serlin, Esq.<br>SERLIN & WHITEFORD, LLP<br>700 E Street<br>Sacramento, CA 95814 | John W. Phillips, Esq.<br>WILD, CARTER & TIPTON<br>246 West Shaw Avenue<br>Fresno, CA 93704 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED on March 7, 2014, at Fresno, California.

*/s/ Bradley A. Silva*
BRADLEY A. SILVA