UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re:  ) Case No. 14-10588-B-11F
)
J & D WILSON AND SONS DAIRY, ) Chapter 11
)
) **REPORT OF 341 MEETING**
)
Debtor. )
)

1. Date and time of meeting:

   **March 13, 2014 at 3:00 pm**

2. ( X ) Meeting concluded.

3. ( ) Debtor(s) failed to appear (H) __(W)__

4. ( ) Debtor(s) counsel failed to appear.

5. ( ) Debtor(s) failed to file a schedule of assets and liabilities, a schedule of current income and expenditures and the statement of financial affairs.

6. Debtor(s) Counsel: Jacob Eaton, Esq.

7. Tape (1 2 3) Position: _

8. 341 continued to:

**COMMENTS**:

**DEBTOR(S) CHANGE OF ADDRESS:**

Dated: March 14, 2014

        /s/ Robin Tubesing
        Robin Tubesing

E filer: Robin Tubesing
Attorney for Tracy Hope Davis
United States Trustee

Direct phone: 559-487-5002, ext. 224
E-mail: robin.tubesing@usdoj.gov