ANTONIA G. DARLING #76190
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for Tracy Hope Davis,
United States Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  14-10588-B-11F |
| | ) | |
| J & D WILSON AND SONS DAIRY, | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**STATEMENT OF UNITED STATES TRUSTEE OF
INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE W. RICHARD LEE,
UNITED STATES BANKRUPTCY JUDGE:

   Tracy Hope Davis, United States Trustee, reports that she is unable to appoint an official committee of unsecured creditors pursuant to 11 U.S.C. § 1102.

Dated:  June 6, 2014, in Fresno, California.

                                     Respectfully submitted,

                                     Antonia G. Darling
                                     Assistant United States Trustee

                                     By: /S/Robin Tubesing
                                           Robin Tubesing

                                     Attorney for Tracy Hope Davis
                                     United States Trustee

                                     Direct phone:  559-487-5002 ext. 224
                                     E-mail:  robin.tubesing@usdoj.gov