**2**

1  JACOB L. EATON, CSB NO. 244834
   M. JOSEPH WHITTINGTON, CSB NO. 295516
2  KLEIN, DENATALE, GOLDNER,
     COOPER, ROSENLIEB & KIMBALL, LLP
3  4550 California Avenue, Suite 200
   Bakersfield, California 93309
4  Telephone: (661) 395-1000
   Facsimile: (661) 326-0418
5  Email: jeaton@kleinlaw.com, jwhittington@kleinlaw.com

6
   Attorneys for Debtor-in-Possession
7

8            **UNITED STATES BANKRUPTCY COURT**

9       **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11  In re:                          Case No.  14-10588-B-11
                                     Chapter   11
12  J & D WILSON AND SONS            DC No.   UST-1
    DAIRY,
13                                   Date:  September 11, 2014
              Debtor-in-Possession.  Time:  9:00 a.m.
14                                   Place:  United States Bankruptcy Court
15                                           Department B, Courtroom
                                             2500 Tulare Street, Fifth Floor
16                                           Fresno, California
                                     Judge:  Honorable W. Richard Lee
17

18

19  **DECLARATION OF JACOB EATON IN OPPOSITION TO UNITED STATES
    TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b)**

20       I JACOB L. EATON, declare:

21       1.    I am an attorney at law admitted to practice before all the courts of the State of

22  California and before this court.  I am a partner with the Klein, DeNatale, Goldner, Cooper,

23  Rosenlieb & Kimball, LLP, law firm and maintain law offices at 4550 California Avenue,

24  Bakersfield, California 93309.  Klein, DeNatale is the attorneys for J&D Wilson and Sons

25  Dairy, Debtor ("Debtor").

26       2.    Debtor filed a voluntary petition under Chapter 11 on February 7, 2014.  As of

27  the date of the filing of this opposition, Debtor has not filed a disclosure statement or plan of

28  reorganization.

Klein, DeNatale, Goldner,
Cooper, Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309

3.      Debtor's case is complicated with multiple constituencies that need to be negotiated with, including (a) Wells Fargo Bank as operating lender, (b) Farm Credit West as mortgage lender, (c) C.A. Vanderham & Sons Dairy ("CA Vanderham") as landlord and large unsecured creditor, (d) John Deere as a secured equipment lender and lessor, and (e) general unsecured creditors including Western Milling which holds a large unsecured claim that is secured by a deed of trust against real property owned by CA Vanderham, which may give rise to an indemnity claim if CA Vanderham's property is used to pay Western Millings claim. The interplay between these constituencies, possible partial change of ownership of Debtor, unwinding of related party connections, and consideration of tax impacts of changes add to the complexity of the case. Furthermore, Debtor will seek to restructure more than $26 Million in debt through the plan.

4.      Debtor has been working productively and in good faith with creditors including Wells Fargo Bank, Farm Credit West, and CA Vanderham to produce a plan that is both feasible and in the best interests of Debtor and creditors.  While these negotiations have not yet produced plan that has been filed, Debtor and these creditors have made substantial progress toward the agreement on a consensual plan.  Debtor and Wells Fargo Bank have reached an agreement in concept regarding the terms of a plan except for one covenant.  Debtor and Farm Credit West have reached an agreement in concept regarding the terms of a plan except for one point.

5.      Debtor will file a disclosure statement and plan on or before September 3, 2014, whether or not a final agreement with all of Debtor's creditors is reached.

6.      I declare under penalty of perjury that the foregoing is true and correct and I have personal knowledge of the statements contained herein

This declaration was executed on this 25TH day of August at Bakersfield, California.

_____
Jacob L. Eaton

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309