JACOB L. EATON, CSB No. 244834
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4500 California Avenue, Second Floor
Bakersfield, CA 93309
Telephone: (661) 395-1000
Facsimile: (661) 926-0418
e-mail: jeaton@kleinlaw.com

Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 14-10588-B-11 |
| J & D WILSON AND SONS DAIRY, | Chapter 11 |
| Debtor-in-Possession. | DC No. KDG-20 |
| | Date: October 29, 2014 |
| | Time: 3:00 p.m. |
| | Place: United States Bankruptcy Court |
| | 510 19th Street |
| | Bakersfield, California |
| | Judge: Honorable W. Richard Lee |

## NOTICE OF HEARING ON APPROVAL OF PROPOSED DISCLOSURE STATEMENT DATED SEPTEMBER 3, 2014

NOTICE IS HEREBY GIVEN that J & D WILSON AND SONS DAIRY, Debtor and Debtor in Possession ("Debtor") has prepared and filed a Disclosure Statement and Plan of Reorganization with the United States Bankruptcy Court for the Eastern District of California-Fresno Division.

Copies of the Disclosure Statement and Plan of Reorganization filed by Debtor have been served on Debtor, the United States Trustee, the Securities & Exchange Commission, and parties requesting special notice as required by Bankruptcy Rule 3017. Copies of the Disclosure Statement and Plan of Reorganization filed by Debtor are available

1  from Karen A. Clemans at 4550 California Avenue, 2nd Floor, Bakersfield, California 93309
2  or kclemans@kleinlaw.com.

3         NOTICE IS HEREBY GIVEN that a hearing on the approval of the Disclosure
4  Statement filed by Debtor has been set for October 29, 2014 at 3:00 p.m. in the United States
5  Bankruptcy Court, 510 19th Street, Bakersfield, California.

6         Persons who desire to request copies of the Disclosure Statement and Plan of
7  Reorganization must do so promptly if they are to receive copies of the Disclosure Statement
8  and Plan of Reorganization in advance of the hearing.  Objections to the approval of the
9  Disclosure Statement must be in writing and filed with the United States Bankruptcy Court for
10 the Eastern District of California-Fresno Division at least 14 calendar days proceeding the date
11 of the hearing pursuant to Local Rule 9014-1(f)(1), and served on the parties identified in
12 Exhibit "A" attached hereto.  The Court will not hear opposition to the approval of the
13 Disclosure Statement at oral argument if written opposition to the approval of the Disclosure
14 Statement has not been timely filed.  Failure to timely file written opposition may be deemed a
15 waiver of any opposition to the approval of the Disclosure Statement or may result in the
16 imposition of sanctions pursuant to Local Rule Number 9014-1. **Further, the Court may**
17 **resolve the matter without oral argument unless written opposition and supporting**
18 **evidence are filed with the Clerk of Court and served on the moving Debtor.**

19         Creditors will be notified of the approval of the Disclosure Statement and the
20 procedure to be used in soliciting ballots for the purpose of confirming the Plan of
21 Reorganization if the Disclosure Statement is approved as containing adequate information as
22 required by 11 USC Section 1125.

23 Date: September 3, 2014                    KLEIN, DeNATALE, GOLDNER,
                                              COOPER, ROSENLIEB & KIMBALL, LLP
24
                                              By  /s/ Jacob L. Eaton
25                                                JACOB L. EATON,
                                                  Attorneys for Debtor and Debtor in Possession
26

27

28

3DY2056.DOC                           2

| | | |
|---|---|---|
| DEBTOR<br>J & D Wilson and Sons Dairy<br>1791 Muscat Place<br>Hanford, CA  93230 | Office of the U.S. Trustee<br>2500 Tulare Street, Suite 1401<br>Fresno, CA  93721 | Partner in Debtor<br>Jim and Darla Wilson<br>1791 Muscat Place<br>Hanford, CA  93230 |
| Partner in Debtor<br>Cornelius And Elenor Vanderham<br>Vanderham Family Trust<br>1790 Muscat Place<br>Hanford, CA  93230 | Counsel for Debtor in Possession<br>Jacob L. Eaton, Esq.<br>Klein DeNatale<br>4550 California Ave, 2nd Fl.<br>Bakersfield, CA 93309 | **Wells Fargo Bank, N.A.<br>c/o Craig A. Barbarosh, Esq.<br>Katten Muchin Rosenman, LLP<br>650 Town Center Drive, Suite 700<br>Costa Mesa, CA  92626-7122 |
| **Rene Lastreto II<br>Michael J. Gomez, Esq.<br>Lang, Richert & Patch<br>P.O. Box 40012<br>Fresno, CA 93755-0012 | **Robin Tubesing<br>Office of the U.S. Trustee<br>2500 Tulare Street, Suite 1401<br>Fresno, CA  93721 | **John W. Phillips, Esq.<br>WILD, CARTER & TIPTON<br>246 West Shaw Avenue<br>Fresno, CA 93704 |
| ** Benjamin C. Shein, Esq.<br>Shein Law Group, PC<br>P.O. Box 3932<br>Fresno, CA 93650 | **Mark A. Serlin, Esq.<br>Serlin & Whiteford, LLP<br>700 E Street<br>Sacramento, CA 95814 | **Bradley A. Silva, Esq.<br>Law Offices of Bradley A. Silva<br>8050 North Palm Avenue, Suite 300<br>Fresno, CA 93711 |
| **Wells Fargo Bank, N.A.<br>Jessica M. Mickelsen, Esq.<br>2029 Century Park East, Ste. 2600<br>Los Angeles, CA 90067-3012 | | **Request for Special Notice |

EXHIBIT A