1 CRAIG A. BARBAROSH (SBN 160224)
craig.barbarosh@kattenlaw.com
2 JESSICA M. MICKELSEN (SBN 277581)
jessica.mickelsen@kattenlaw.com
3 **KATTEN MUCHIN ROSENMAN LLP**
650 Town Center Drive, Suite 700
4 Costa Mesa, CA 92626-7122
Telephone: (714) 966-6819
5 Fax: (714) 966-6821

6 Attorneys for Secured Creditor
WELLS FARGO BANK, N.A.
7

## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| In re: | Case No. 14-10588-b-11 |
|---|---|
| J & D WILSON AND SONS DAIRY, | Chapter 11 |
| Debtor-In-Possession. | DC No.: UST-1 |
| | **LIMITED JOINDER TO DEBTOR'S OPPOSITION TO UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b)** |
| | Date: September 11, 2014
Time: 9:00 a.m.
Place: United States Bankruptcy Court
2500 Tulare Street, Fifth Floor
Department B, Courtroom 12
Fresno, California
Judge: Honorable W. Richard Lee |

Secured creditor Wells Fargo Bank, N.A. ("Wells Fargo") files this limited joinder to Debtor's opposition to the motion of the United States Trustee ("Trustee") to dismiss the case of the above-captioned debtor J & D Wilson and Sons Dairy ("Debtor") pursuant to 11 U.S.C. § 1112(b) ("Motion"). In light of recent developments, Wells Fargo would support denial of the Motion at this time, without prejudice, or a continuance of a hearing on the Motion to provide the Debtor with additional time to memorialize terms of a consensual plan to the satisfaction of all parties.

Since the hearing on the Debtor's motion to assume certain leases with C.A. Vanderham & Sons Dairy, and the filing of this Motion, the Debtor and Wells Fargo have engaged in further negotiations to work out terms of a consensual plan. These negotiations have been productive, and

1  the Debtor and Wells Fargo recently reached agreement on terms for a restructure of the obligations
2  that the Debtor owes to Wells Fargo.  These terms are presently being memorialized in a consensual
3  plan (and will be subject to final documentation satisfactory to Wells Fargo).  Given this progress,
4  Wells Fargo is hopeful that the Debtor will soon file a plan that embodies the agreed upon terms and
5  that the Debtor will be able to obtain confirmation of this consensual plan in short order.

6  Wells Fargo recognizes that this case has been pending for a long time.  However, Wells
7  Fargo believes that the recent developments in this case and the Debtor's agreement to the terms of a
8  restructure with Wells Fargo will result in a confirmable plan.  Wells Fargo would, therefore,
9  support denial of the Motion, without prejudice, or a continuance of the hearing on the Motion to
10 provide the necessary time to memorialize terms and file and confirm the plan that all parties can
11 support.

Dated:  September 4, 2014

KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh
Jessica M. Mickelsen

By:  /s/Jessica M. Mickelsen
    Attorneys for Secured Creditor
    WELLS FARGO BANK, N.A.