JACOB L. EATON, CSB NO. 244834
M. JOSEPH WHITTINGTON, CSB NO. 295516
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Suite 200
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: jeaton@kleinlaw.com, jwhittington@kleinlaw.com

Attorneys for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>J & D WILSON AND SONS DAIRY,<br><br>      Debtor-in-Possession. | Case No. 14-10588-B-11<br>Chapter 11<br>DC No. UST-1<br><br>Date: September 11, 2014<br>Time: 9:00 a.m.<br>Place: United States Bankruptcy Court<br>      Department B, Courtroom<br>      2500 Tulare Street, Fifth Floor<br>      Fresno, California<br>Judge: Honorable W. Richard Lee |

**SUPPLEMENT TO OPPOSITION TO UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b)**

J&D Wilson and Sons Dairy, Debtor and Debtor-in-Possession ("Debtor") hereby supplements its opposition to the *United States Trustees' Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b)*.

1. Debtor filed its *Disclosure Statement Dated September 3, 2014* and its *Plan of Reorganization Dated September 3, 2014* on September 3, 2014 ("Disclosure Statement" and "Plan"). The hearing on the Disclosure Statement is scheduled on October 29, 2014, at 3:00 p.m., in Bakersfield, California.

2. The Disclosure Statement provides adequate information to allow creditors to make an informed decision to accept or reject the Plan as required by 11 U.S.C. § 1125.

3.  The Plan is confirmable under 11 U.S.C. § 1129.

4.  Therefore, no cause exists to dismiss Debtor's case, and Debtor requests that the Motion to Dismiss be denied.

Date: September 4, 2014

          KLEIN, DeNATALE, GOLDNER,
          COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ Jacob L. Eaton
Jacob L. Eaton,
M. Joseph Whittington
Attorneys for Debtors-in-Possession